UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
MAY 19 2011
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL JOSEPH LAKE

CASE NO.   3:11-cr-116-J-32JRK
Ct 1:      18 U.S.C. § 1001

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 8, 2008, in Duval County, in the Middle District of Florida,

MICHAEL JOSEPH LAKE,

the defendant herein, in a matter within the jurisdiction of the Transportation Security Administration ("TSA"), an agency of the United States, did knowingly and willfully make or use a false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, that is he indicated on TSA

Form 413A that he had completed the required law enforcement officer flying armed training when he had not done so.

In violation of Title 18, United States Code, Section 1001(a)(3).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
IAN MACLEAN
Special Assistant United States Attorney

By: _____
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL JOSEPH LAKE

## INDICTMENT

Violations:

Title 18 United States Code, Section 1001(a)(3)

A true bill,

_____
Foreperson

Filed in open court this 19th day

of May, 2011.

_____
Clerk

Bail $_____